

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-25-00001-CV

---

JAMES EDWARD MCANY, Appellant

V.

XTO ENERGY INC., ET AL., Appellee

---

On Appeal from the 4th District Court
Rusk County, Texas
Trial Court No. 2024-363

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

On January 2, 2025, Appellant filed a notice of appeal from the trial court's October 3, 2024, order granting XTO's special exceptions to Appellant's original petition and ordering Appellant to replead his suit as a trespass to try title suit. Our jurisdiction is constitutional and statutory in nature. *See* TEX. CONST. art. V, § 6; TEX. GOV'T CODE ANN. § 22.220 (Supp.). This Court has jurisdiction to decide appeals from final judgments and from interlocutory orders as permitted by the Texas Legislature. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *Ruiz v. Ruiz*, 946 S.W.2d 123, 124 (Tex. App.—El Paso 1997, no writ) (per curiam). The trial court has not entered a final judgment or an appealable interlocutory order in this matter.

By letter dated January 28, 2025, we notified Appellant of this potential defect in our jurisdiction and afforded him the opportunity to demonstrate proper grounds for our retention of the appeal. We warned Appellant that if we did not receive an adequate response by February 18, 2025, we would dismiss his appeal. Appellant did not file a response to our letter.

Accordingly, we dismiss this appeal for want of jurisdiction.

Charles van Cleef
Justice

Date Submitted:     March 10, 2025
Date Decided:       March 11, 2025